IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-03014-BNB

MICHAEL REA, and
CHARLES MEDICINE BLANKET,

    Plaintiffs,

v.

COLORADO DEPT. OF CORRECTIONS,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 1 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED March 11, 2010, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-03014-BNB

Michael D. Rea
Prisoner No. 118902
Kit Carson Corr. Center
PO Box 2000 – CA 104b
Burlington, CO 80807

Charles Medicine Blanket
Prisoner No. 98841
Kit Carson Corr. Center
PO Box 2000 - CA 104t
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/11/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk